## ASSIGNMENT OF TRADEMARKS

**WHEREAS,** Damon's of North America, LLC, a corporation of the state of Pennsylvania, having its principal office 416 Washington Avenue, Second Floor, Carnegie, PA 25206, has adopted, used, and is using marks which are registered in the United States Patent and Trademark Office identified as follows:

| Trademark | Registration No. | Registration Date |
|---|---|---|
| DAMON'S | 1,241,615 | 06/07/1983 |
| DAMON'S THE PLACE FOR RIBS | 1,395,339 | 05/27/1986 |
| DAMON'S GRILL | 2,749,525 | 08/12/2008 |
| GREAT FOOD, GAME DAY AND EVERYDAY | 3,410,152 | 04/08/2008 |

**WHEREAS,** Elite Restaurant Group, LP, a corporation of the State of Pennsylvania, having its principal office at 100 First Avenue, Suite 800, First & Market Building, Pittsburgh, PA 15222-1518, is desirous of acquiring said marks, the good will associated therewith, and the registrations therefor;

**NOW, THEREFORE,** for good and valuable consideration, the receipt of which is hereby acknowledged, Damon's of North America, LLC, does hereby assign unto Elite Restaurant Group, LP, all right, title, and interest in and to said marks together with the good will of the business symbolized by the marks and their rights under Registration No(s) 1,241,615; 1,395,339; 2,749,525; and 3,410,152.

Damon's of North America, LLC, hereby represents and warrants to Elite Restaurant Group, LP that it, as set forth above, is the lawful owner of the property being assigned hereby, that said property is free and clean from all liens and encumbrances of any kind or character whatsoever, that is has a good right to assign said property and that it will defend the title to said property for the benefit of Elite Restaurant Group, LP, its successors and assigns forever, against all lawful claims and demands whatsoever.

**IN WITNESS WHEREOF,** Damon's of North America, LLC, have executed this Assignment to be effective on September 29 2015.

Date 9/29/15

Damon's of North America, LLC
By Michael Rusnock, President

Assignment of Registered Trademarks
Page 2 of 2

STATE OF PENNSYLVANIA            )
                                 ) SS.
COUNTY OF Allegheny              )

Sworn to and subscribed before me this 29th day of September, 2015.

_Cheryl L. Slepenska_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Cheryl L. Slepinski, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires May 3, 2018
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES